IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HEATHER SCOTT**                                                                                       **PLAINTIFF**

**v.**                               **CASE NO. 4:11CV00207 BSM**

**USA DRUG & BEAUTY MARKETING**                                          **DEFENDANTS**
**FRANCHISE SYSTEM, INC. d/b/a**
**USA DRUG, et al.**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice pursuant to a settlement by the parties.

Dated this 12th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE